UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXIS CRAWFORD,

                        Plaintiff,

        v.

TRISH et al.,

                        Defendants.

Case No. 3:23-cv-06104-DGE

REPORT AND
RECOMMENDATION

Noted for: March 15, 2024

On December 26, 2023, plaintiff filed a motion to proceed *in forma pauperis* (IFP) in regard to her proposed civil rights complaint. Dkt. 4. Given the identified deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application. Plaintiff was given until January 26, 2024 to show cause why her complaint should not be dismissed for lack of subject matter jurisdiction or file an amended complaint. Dkt. 5.

On January 22, 2024 plaintiff filed an amended complaint. Dkt. 6. Plaintiff's statement of claim in her amended complaint is identical to her initial proposed complaint. *See* Dkts. 4-1, 6. However, plaintiff does not address this Court's jurisdiction to hear her claims. Accordingly, plaintiff's complaint should be dismissed for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

REPORT AND RECOMMENDATION - 1

purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 15, 2024, as noted in the caption.

Dated this 27th day of February, 2024.

Theresa L. Fricke
United States Magistrate Judge