UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXIS CRAWFORD,<br><br>              Plaintiff,<br>   v.<br><br>TRISH et al.,<br><br>              Defendants. | CASE NO. 3:23-cv-06104-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed de novo the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, and the remaining record, and there being no objection filed, hereby finds and orders:

    1) The Court ADOPTS the Report and Recommendation (Dkt. No. 7);

    2) Plaintiff's complaint is DISMISSED without prejudice; and

    3) The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 22nd day of March, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2